**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JUDY LARSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:11-cv-00879-JCM-PAL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CLARK COUNTY, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is the parties' Stipulation and Order to Stay Discovery (Dkt. #20). The parties request a stay of discovery until after decision of the Defendant's Motion for Summary Judgment (Dkt. #18) filed January 25, 2012.

The motion for summary judgment asserts that Plaintiff's first, second, third and fourth claims are barred by a negotiated settlement agreement entered into between Plaintiff and Clark County on February 27, 2008, resolving her NERC and EEOC complaints. These claims are based on conduct which occurred prior to March 4, 2008, prior to Plaintiff's termination which Clark County argues are covered by the waiver and release, and therefore barred. Under these circumstances, the parties argue this case should be stayed until after decision of the pending motion for summary judgment to conserve resources and prevent unnecessary and expensive discovery. The court has approved the parties' stipulation. However, the stipulation does not address what discovery has been completed, and what discovery remains whether the motion for summary judgment is granted or denied. The court will require counsel to submit a proposed amended discovery plan and scheduling order within 14 days of decision of the pending motion for summary judgment.

**IT IS ORDERED** that counsel for the parties shall meet and confer and submit a detailed proposed amended discovery plan and scheduling order within 14 days of decision of Defendant's

Motion for Summary Judgment (Dkt. #18). The proposed amended discovery plan and scheduling order shall address the discovery conducted to date, the discovery that remains, whether either party intends to designate experts, and if so, the number and field of expertise for each expert witness, and a detailed proposed schedule for completing all remaining discovery.

Dated this 23rd day of February, 2012.

_____
Peggy A. Leen
United States Magistrate Judge